FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 30, 2026

SEAN F. MCAVOY, CLERK

AO 91 (Rev.11/11) Criminal Complaint

# United States District Court
for the
# Eastern District of Washington

UNITED STATES OF AMERICA )
*Plaintiff,* )
v. ) Case No.: 4:26-MJ-07228-JAG
ASHTON HAMED ELLABOUDY, )
(AKA ASHRAF HAMED ELLABOUDY) )
*Defendant.* )

## CRIMINAL COMPLAINT

I, *Special Agent Justin Bodes*, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) unknown but by on or about September 17, 2025 and continuing on or about October 1, 2026, in the county of Benton in the Eastern District of Washington, the defendant, Defendant ASHTON HAMED ELLABOUDY (aka Ashraf Hamed Ellaboudy) violated: 18 United States Code, Sections, 2339B – *Attempting to Provide Material Support to Designated Foreign Terrorist Organizations*.

This complaint is based on these facts:

☒Continued on the attached sheet.

*Complainant's signature*

*SA Justin Bodes, FBI*

*Printed name and title*

☐ Sworn to before me and signed in my presence.
☒ Sworn to telephonically and signed electronically.

Date: September 30, 2026

City and state: Spokane , Washington

*Judge's signature*

*James A. Goeke, United States Magistrate Judge*