FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 01, 2026

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ASHTON HAMED ELLABOUDY<br>(a/k/a Ashraf Hamed Ellaboudy),<br><br>Defendant. | No. 4:26-MJ-07228-JAG-1<br><br>ORDER UNSEALING CRIMINAL COMPLAINT |

Pursuant to the terms of the Order Granting Motion to Seal Criminal Complaint, Affidavit, and the Motion and Order to Seal Motion to Seal, ECF No. 6, **<u>the following documents are hereby UNSEALED due to Defendant's arrest</u>**:

- Criminal Complaint, ECF No. 1;
- Affidavit in Support of Criminal Complaint and Arrest Warrant, ECF No. 2;
- Charges and Penalties Slip, ECF No. 4;
- Motion to Seal Criminal Complaint, Affidavit and the Motion and Order to Seal, ECF No. 5; and,
- Order Granting Motion to Seal Criminal Complaint, Affidavit, and the Motion and Order to Seal, ECF No. 6.

**IT IS SO ORDERED.**

DATED October 1, 2026.

JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE